U.S. DISTRICT OF NEW JERSEY
RECEIVED

2018 MAY 22  P 2: 46

Mr. Terry Traylor # 224
Special Treatment Unit
8 Production Way
CN 905
Avenel, New Jersey 07001

Mr. William T. Walsh, Clrek
Office of the Clerk
United States District Court
District of New Jersey
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419